> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Matthew Branham, Nicole A. Branham v. Landan B. Conkle, STS Transit, Inc., STS Logistics, Inc.

| | |
|---|---|
| Case Number | 36D01-2012-CT-000075 |
| Court | Jackson Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 12/14/2020 |
| Status | 12/14/2020 , Pending  (active) |

## Parties to the Case

**Defendant   Conkle, Landan B.**

| | |
|---|---|
| Address | 10025 Twp. Rd. 107<br>Findley, OH 45840 |
| Attorney | Thomas Scot Ehrhardt<br>*#1862145, Retained* |
| | 9801 Connecticut DR<br>Crown Point, IN 46307<br>219-794-1888(W) |

**Defendant   STS Transit, Inc.**

| | |
|---|---|
| Address | c/o Stephen T. Smith, Resident Agent<br>13863 County Road 119<br>Upper Sandusky, OH 43351-0000 |
| Attorney | Thomas Scot Ehrhardt<br>*#1862145, Retained* |
| | 9801 Connecticut DR<br>Crown Point, IN 46307<br>219-794-1888(W) |

**Defendant   STS Logistics, Inc.**

| | |
|---|---|
| Address | c/o Stephen T. Smith, Resident Agent<br>13863 County Road 119<br>Upper Sandusky, OH 43351-0000 |
| Attorney | Thomas Scot Ehrhardt<br>*#1862145, Retained* |
| | 9801 Connecticut DR<br>Crown Point, IN 46307<br>219-794-1888(W) |

**Plaintiff     Branham, Matthew**

Exhibit A

| | Address | 4285 S. Co. Rd. 550 W. |
|---|---|---|
| | | North Vernon, IN 47265 |
| | Attorney | Susan Elaine Sparks |
| | | *#2067039, Lead, Retained* |
| | | 308 W Second ST |
| | | Seymour, IN 47274 |
| | | 812-273-0133(W) |
| | Attorney | Thomas Joe Lantz |
| | | *#868336, Retained* |
| | | 308 West Second Street |
| | | PO Box 647 |
| | | Seymour, IN 47274 |
| | | 812-522-4109(W) |

| Plaintiff | Branham, Nicole A. | |
|---|---|---|
| | Address | 4285 S. Co. Rd. 550 W. |
| | | North Vernon, IN 47265 |
| | Attorney | Susan Elaine Sparks |
| | | *#2067039, Lead, Retained* |
| | | 308 W Second ST |
| | | Seymour, IN 47274 |
| | | 812-273-0133(W) |
| | Attorney | Thomas Joe Lantz |
| | | *#868336, Retained* |
| | | 308 West Second Street |
| | | PO Box 647 |
| | | Seymour, IN 47274 |
| | | 812-522-4109(W) |

## Chronological Case Summary

| 12/14/2020 | **Case Opened as a New Filing** |
|---|---|

| 12/15/2020 | **Appearance Filed** |
|---|---|

Appearance SES-TJL

| For Party: | Branham, Matthew |
|---|---|
| For Party: | Branham, Nicole A. |
| File Stamp: | 12/14/2020 |

| 12/15/2020 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint for Damages and Demand for Jury Trial

| Filed By: | Branham, Matthew |
|---|---|
| Filed By: | Branham, Nicole A. |
| File Stamp: | 12/14/2020 |

| 12/15/2020 | **Subpoena/Summons Filed** |
|---|---|

SUMMONS--Conkle

| Filed By: | Branham, Matthew |
|---|---|
| Filed By: | Branham, Nicole A. |
| File Stamp: | 12/14/2020 |

| 12/15/2020 | **Subpoena/Summons Filed** |
|---|---|

SUMMONS--STS Logistics

| Filed By: | Branham, Matthew |
|---|---|
| Filed By: | Branham, Nicole A. |
| File Stamp: | 12/14/2020 |

| 12/15/2020 | **Subpoena/Summons Filed** |
|---|---|

SUMMONS-STS Transit

| Filed By: | Branham, Matthew |
|---|---|
| Filed By: | Branham, Nicole A. |
| File Stamp: | 12/14/2020 |

| 12/29/2020 | **Appearance Filed** |
|---|---|

Appearance of Thomas S. Ehrhardt

| For Party: | Conkle, Landan B. |
|---|---|
| For Party: | STS Transit, Inc. |
| For Party: | STS Logistics, Inc. |
| File Stamp: | 12/28/2020 |

| 12/29/2020 | **Motion for Enlargement of Time Filed** |
|---|---|

Motion for Additional Time to Plead or Otherwise Respond

| Filed By: | Conkle, Landan B. |
|---|---|
| Filed By: | STS Transit, Inc. |
| Filed By: | STS Logistics, Inc. |
| File Stamp: | 12/28/2020 |

| 12/29/2020 | **Order Granting Motion for Enlargement of Time** |
|---|---|

| Order Signed: | 12/29/2020 |
|---|---|

| 12/30/2020 | **Automated ENotice Issued to Parties** |
|---|---|

Order Granting Motion for Enlargement of Time ---- 12/29/2020 : Susan Elaine Sparks;Thomas Scot Ehrhardt;Thomas Joe Lantz

| 12/30/2020 | **Certificate of Service - separately filed** |
|---|---|

Signed return receipt from Defendant, Conkle

| Filed By: | Branham, Matthew |
|---|---|
| Filed By: | Branham, Nicole A. |
| File Stamp: | 12/30/2020 |

| 12/30/2020 | **Certificate of Service - separately filed** |
|---|---|

Signed return receipt from Defendant, STS Logistics

| Filed By: | Branham, Matthew |
|---|---|
| Filed By: | Branham, Nicole A. |
| File Stamp: | 12/30/2020 |

| 12/30/2020 | **Certificate of Service - separately filed** |
|---|---|

Signed return receipt from Defendant, STS Transit

| Filed By: | Branham, Matthew |
|---|---|
| Filed By: | Branham, Nicole A. |
| File Stamp: | 12/30/2020 |

## Financial Information
*

Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Branham, Nicole A.**
Plaintiff

### Balance Due (as of 01/21/2021)
**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/15/2020 | Transaction Assessment | 157.00 |
| 12/15/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA,                    IN THE JACKSON _____ COURT

COUNTY OF JACKSON, SS:               CAUSE NO. _____


NICOLE A. BRANHAM AND
MATTHEW BRANHAM,
        Plaintiffs
   v.

LANDAN B. CONKLE,
STS LOGISTICS, INC., AND
STS TRANSIT, INC.,
        Defendants

## ***APPEARANCE - CIVIL***
### *(Initiating Party)*

1.   Name of Initiating Parties: Nicole A. Branham and Matthew Branham.

2.   Attorney Information (as applicable for service of process):

    (a)   Initiating Attorneys:

    Name:  Susan E. Sparks    Atty. No.: 20670-39
    Name:  Thomas J. Lantz    Atty. No.: 8683-36

    Address:  Montgomery, Elsner & Pardieck, LLP    Phone: (812) 522-4109
            308 West Second Street         FAX: (812) 522-6473
            P.O. Box 647
            Seymour, IN 47274
    E-mail:  ssparks@meplegal.com
          tlantz@meplegal.com

3.   Case type requested: CIVIL TORT (CT)

4.   Will accept FAX service:   YES ____   NO  X 

5.   Are there related cases?   YES ____   NO  X 

6.   Additional information required by State or Local rule:   NONE

                          *Susan E Sparks*
                            Susan E. Sparks

STATE OF INDIANA,                     IN THE JACKSON _____ COURT

COUNTY OF JACKSON, SS:                CAUSE NO. _____


NICOLE A. BRANHAM AND
MATTHEW BRANHAM,
                    Plaintiffs

        v.

LANDAN B. CONKLE,
STS LOGISTICS, INC., AND
STS TRANSIT, INC.,
                    Defendants

## **COMPLAINT FOR DAMAGES**
## **AND DEMAND FOR JURY TRIAL**

Plaintiffs, Nicole A. Branham and Matthew Branham, by counsel, for their cause of action

against the Defendants, Landan B. Conkle, STS Logistics, Inc., and STS Transit, Inc., allege and state

that:

1.      Plaintiffs, Nicole A. Branham and Matthew Branham, are residents of Jennings County,
Indiana.

2.      Defendant, Landan B. Conkle, resides at 10025 Twp. Rd. 107, Findley, OH 45840.

3.      Defendant, STS Logistics, Inc., is an Ohio corporation authorized to do business in the
State of Indiana.

4.      Defendant, STS Transit, Inc., is an Ohio corporation authorized to do business in the
State of Indiana.

5.      On or about January 4, 2019, Plaintiff, Nicole A. Branham, was operating a vehicle
northbound on U.S. Highway 31 in Jackson County, Indiana, when she stopped in traffic to turn west;
her turn signal and brake lights were activated.

6.      On or about January 4, 2019, Defendant, Landan B. Conkle, was employed by STS
Logistics, Inc. and/or STS Transit, Inc.

7.      On or about January 4, 2019, Defendant, Landan B. Conkle, while in the course of his
employment with STS Logistics, Inc. and/or STS Transit, Inc., was operating a vehicle owned by STS
Logistics, Inc. with a trailer owned by STS Transit, Inc., northbound on U.S. Highway 31 in Jackson
County, Indiana.

8.      On or about January 4, 2019, Defendant, Landan B. Conkle, negligently operated the
vehicle he was driving by failing to keep a proper lookout, driving at an unsafe speed, and failing to

maintain control of his vehicle causing it to collide with the rear of a vehicle driven by Plaintiff, Nicole A. Branham.

9.     As a direct and proximate result of the Defendant's negligence, Plaintiff, Nicole A. Branham, sustained severe and permanent injuries to her person and endured physical pain, mental suffering, and a loss of enjoyment of life, incurred medical expenses and lost income, and will continue to incur medical expenses and lost income and endure physical pain, mental suffering, and a loss of enjoyment of life in the future as a result of her injuries.

10.     As a direct and proximate result of the Defendants' negligence, Plaintiff, Matthew Branham, suffered loss of consortium of his wife, Nicole A. Branham, including the loss of her services, society, and companionship.

**WHEREFORE**, Plaintiffs, Nicole A. Branham and Matthew Branham, by counsel, demand judgment against the Defendants in an amount adequate to fully and fairly compensate them for their injuries and damages, the costs of this action, and for all other appropriate relief.

MONTGOMERY, ELSNER & PARDIECK, LLP

BY _Susan E. Sparks_
       Susan E. Sparks #20670-39
       Attorney for Plaintiffs
       308 West Second Street
       P.O. Box 647
       Seymour, IN  47274
       812-522-4109

## DEMAND FOR JURY TRIAL

Plaintiffs, by counsel, demand a trial by jury.

MONTGOMERY, ELSNER & PARDIECK, LLP

BY _Susan E. Sparks_
       Susan E. Sparks #20670-39
       Attorney for Plaintiffs
       308 West Second Street
       P.O. Box 647
       Seymour, IN  47274
       812-522-4109

STATE OF INDIANA,

COUNTY OF JACKSON, SS:

IN THE JACKSON _____ COURT

CAUSE NO. _____

NICOLE A. BRANHAM AND
MATTHEW BRANHAM,
          Plaintiffs

     v.

LANDAN B. CONKLE,
STS LOGISTICS, INC., AND
STS TRANSIT, INC.,
          Defendants

### *SUMMONS*

**The State of Indiana to Defendant:**    **Landan B. Conkle**
                                                **10025 Twp. Rd. 107**
                                                **Findley, OH  45840**

     You have been sued by the person(s) named "Plaintiffs" in the Court stated above. The nature of the suit against you is stated in the Complaint and other documents attached to this SUMMONS. It also states the demand which the Plaintiffs have made and want from you. (If the Complaint is not attached, a copy is available for you in the office of the Clerk of said Court).

     You must formally answer the Complaint in writing, by you or your attorney, within 20 days commencing the day after you receive this Summons (23 days if this summons was served by registered or certified mail) or judgment will be entered against you for what the Plaintiffs have demanded. This is NOT a small claims matter and must comply with the Rules of Court.

     If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you may be required to assert it in your responsive pleading, if any.

Dated: December _____12/15/2020_____, 2020.        _____

                                                        Clerk, Jackson County _____ Court

The following manner of service of summons is hereby designated:
     ***US MAIL, Certified No. 7019 1120 0001 0735 4386***

Susan E. Sparks, #20670-39
Thomas J. Lantz, #8683-36
Attorneys for Plaintiffs
MONTGOMERY, ELSNER & PARDIECK
308 West Second Street, P.O. Box 647
Seymour, Indiana 47274
Phone: 812-522-4109; Fax: 812-522-6473



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF MAILING

     I hereby certify that the _____ day of December, 2020, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to Defendant named above, by certified mail, return receipt requested, to address furnished by Plaintiffs.

                                                       _____

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify the Return Receipt SUMMONS and COMPLAINT mailed to Defendant was returned:

_____ Accepted by Defendant on the _____ day of _____, 2020.

_____ Not accepted by Defendant with the following notation:

_____ Accepted by _____ for Defendant on the _____
_____ day of _____, 2020.

Date_____12/15/2020_____

_____
Clerk, Jackson County _____ Court

## SHERIFF'S RETURN OF SERVICE

I hereby certify that I have/have not served a copy of this SUMMONS and a copy of COMPLAINT:

1.     By personally delivering on _____, 2020, a copy of this SUMMONS and the COMPLAINT to the Defendant named above, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person at the address listed herein on _____, 2020 .

2.     This SUMMONS came to hand this date, _____, 2020. The Defendant named above, was not found in my bailiwick this date, _____, 2020.

ALL DONE IN JACKSON COUNTY, INDIANA.

JACKSON COUNTY SHERIFF'S DEPT.

Date:_____          By:_____

## SERVICE ACKNOWLEDGED

A copy of the SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at my address listed above, on this _____ day of December, 2020.

_____
Signature of Defendant

| STATE OF INDIANA, | IN THE JACKSON _____ COURT |
|---|---|
| COUNTY OF JACKSON, SS: | CAUSE NO. _____ |

NICOLE A. BRANHAM AND
MATTHEW BRANHAM,
             Plaintiffs
    v.

LANDAN B. CONKLE,
STS LOGISTICS, INC., AND
STS TRANSIT, INC.,
             Defendants

## *SUMMONS*

**The State of Indiana to Defendant:**    **STS Logistics, Inc.**
                                         **c/o Stephen T. Smith, Resident Agent**
                                         **13863 County Road 119**
                                         **Upper Sandusky, OH  43351-0000**

    You have been sued by the person(s) named "Plaintiffs" in the Court stated above.  The nature of the suit against you is stated in the Complaint and other documents attached to this SUMMONS.  It also states the demand which the Plaintiffs have made and want from you. (If the Complaint is not attached, a copy is available for you in the office of the Clerk of said Court).

    You must formally answer the Complaint in writing, by you or your attorney, within 20 days commencing the day after you receive this Summons (23 days if this summons was served by registered or certified mail) or judgment will be entered against you for what the Plaintiffs have demanded.  This is NOT a small claims matter and must comply with the Rules of Court.

    If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you may be required to state it in your responsive pleading, if any.
Dated: December _____, 2020.

                                                  Clerk, Jackson County _____ Court

The following manner of service of summons is hereby designated:
    *US MAIL, Certified No. 7019 1120 0001 0735 4393*

Susan E. Sparks, #20670-39
Thomas J. Lantz, #8683-36
Attorneys for Plaintiffs
MONTGOMERY, ELSNER & PARDIECK
308 West Second Street, P.O. Box 647
Seymour, Indiana 47274
Phone: 812-522-4109; Fax: 812-522-6473
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF MAILING

    I hereby certify that the _____ day of December, 2020, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to Defendant named above, by certified mail, return receipt requested, to address furnished by Plaintiffs.

_____

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify the Return Receipt SUMMONS and COMPLAINT mailed to Defendant was returned:

_____  Accepted by Defendant on the _____ day of _____, 2020.

_____  Not accepted by Defendant with the following notation: _____

_____  Accepted by _____ for Defendant on the _____ day of _____, 2020.

Date 12/15/2020 _____

_Melissa J. Hayes_

Clerk, Jackson County _____ Court

## SHERIFF'S RETURN OF SERVICE

I hereby certify that I have/have not served a copy of this SUMMONS and a copy of COMPLAINT:

1.    By personally delivering on _____, 2020, a copy of this SUMMONS and the COMPLAINT to the Defendant named above, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person at the address listed herein on _____, 2020 .

2.    This SUMMONS came to hand this date, _____, 2020. The Defendant named above, was not found in my bailiwick this date, _____, 2020.

ALL DONE IN JACKSON COUNTY, INDIANA.

JACKSON COUNTY SHERIFF'S DEPT.

Date:_____        By:_____

## SERVICE ACKNOWLEDGED

A copy of the SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at my address listed above, on this _____ day of December, 2020.

_____
Signature of Defendant

STATE OF INDIANA,

COUNTY OF JACKSON, SS:

IN THE JACKSON _____ COURT

CAUSE NO. _____

NICOLE A. BRANHAM AND
MATTHEW BRANHAM,
        Plaintiffs

     v.

LANDAN B. CONKLE,
STS LOGISTICS, INC., AND
STS TRANSIT, INC.,
        Defendants

### *SUMMONS*

**The State of Indiana to Defendant:**

    **STS Transit, Inc.**
    **c/o Stephen T. Smith, Resident Agent**
    **13863 County Road 119**
    **Upper Sandusky, OH  43351-0000**

      You have been sued by the person(s) named "Plaintiffs" in the Court stated above. The nature of the suit against you is stated in the Complaint and other documents attached to this SUMMONS. It also states the demand which the Plaintiffs have made and want from you. (If the Complaint is not attached, a copy is available for you in the office of the Clerk of said Court).

      You must formally answer the Complaint in writing, by you or your attorney, within 20 days commencing the day after you receive this Summons (23 days if this summons was served by registered or certified mail) or judgment will be entered against you for what the Plaintiffs have demanded. This is NOT a small claims matter and must comply with the Rules of Court.

      If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you may be required to assert it in your responsive pleading, if any.

Dated: December 12/15/2020 2020.

                                             Clerk, Jackson County _____ Court

The following manner of service of summons is hereby designated:
    *US MAIL, Certified No. 7019 1120 0001 0735 4379*

Susan E. Sparks, #20670-39
Thomas J. Lantz, #8683-36
Attorneys for Plaintiffs
MONTGOMERY, ELSNER & PARDIECK
308 West Second Street, P.O. Box 647
Seymour, Indiana 47274
Phone:  812-522-4109; Fax:  812-522-6473

    **************************************************************

### CERTIFICATE OF MAILING

      I hereby certify that the _____ day of December, 2020, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to Defendant named above, by certified mail, return receipt requested, to address furnished by Plaintiffs.

_____

Filed: 12/18/2020 4:00 PM
Clerk
Jackson County, Indiana

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify the Return Receipt SUMMONS and COMPLAINT mailed to Defendant was returned:

_____ Accepted by Defendant on the _____ day of _____, 2020.

_____ Not accepted by Defendant with the following notation:

_____

_____ Accepted by _____ for Defendant on the _____
           day of _____, 2020.
Date_____          12/15/2020

_____
Clerk, Jackson County _____ Court

## SHERIFF'S RETURN OF SERVICE

I hereby certify that I have/have not served a copy of this SUMMONS and a copy of COMPLAINT:

1.    By personally delivering on _____, 2020, a copy of this SUMMONS and the COMPLAINT to the Defendant named above, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person at the address listed herein on _____, 2020 .

2.    This SUMMONS came to hand this date, _____, 2020. The Defendant named above, was not found in my bailiwick this date, _____, 2020.

ALL DONE IN JACKSON COUNTY, INDIANA.

JACKSON COUNTY SHERIFF'S DEPT.

Date:_____          By:_____

## SERVICE ACKNOWLEDGED

A copy of the SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at my address listed above, on this _____ day of December, 2020.

_____
Signature of Defendant

95361.46

| | |
|---|---|
| STATE OF INDIANA | IN THE JACKSON SUPERIOR COURT |
| COUNTY OF JACKSON | SITTING AT SEYMOUR |

NICOLE A. BRANHAM AND
MATTHEW BRANHAM

      Plaintiffs,

vs.

      CAUSE NO:  36D01-2012-CT-000075

LANDAN B. CONKLE,
STS LOGISTICS, INC., AND
STS TRANSIT, INC.

      Defendants.

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.     The party on whose behalf this form is being filed is:  Responding
The undersigned attorney and all attorneys listed on this form now appear in this case for
the following parties:

### <u>Landan B. Conkle, STS Logistics, Inc. and STS Transit, Inc.</u>

2.     Attorney information for service as required by Trial Rule 5(B)(2):

| | |
|---|---|
| <u>Thomas S. Ehrhardt</u> | Atty Number:  <u>18621-45</u> |
| KOPKA PINKUS DOLIN PC | Telephone: <u>(219) 794-1888</u> |
| <u>9801 Connecticut Drive</u> | Facsimile: <u>(219) 794-1892</u> |
| <u>Crown Point, IN  46307</u> | Email: <u>TSEhrhardt@kopkalaw.com</u> |

    **IMPORTANT**:  Each attorney specified on this appearance:

    (a)    certifies that the contact information listed for him/her on the Indiana Supreme
Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)    acknowledges that all orders, opinions, and notices from the court in this matter
that are served under Trial Rule 86(G) will be sent to the attorney at the email
address(es) specified by the attorney on the Roll of Attorneys regardless of the
contact information listed above for the attorney; and

    (c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys
contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     This is a civil tort case type as defined in administrative Rule 8(B)(3).

4.    I will accept service by:
      Fax at the above noted number: NO
      Email at the above noted address: YES

5.    This case involves child support issues: NO

6.    This case involves a protection from abuse order, a workplace violence restraining order, or a no–contact order:  NO

7.    This case involves a petition for involuntary commitment: NO

8.    There are related cases: NO

9.    Additional information required by local rule: NONE

10.   There are other party members: NO

11.   This form has been served on all other parties and Certificate of Service is attached: YES

12.   Defendants, Landan B. Conkle, STS Logistics, Inc. and STS Transit, Inc., respectfully demand a jury trial.

                                    Respectfully submitted,

                                    KOPKA PINKUS DOLIN PC

                                    */s/Thomas S. Ehrhardt*
                                    Thomas S. Ehrhardt, (#18621-45)

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:    (219) 794-1888
Fax:    (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Susan Sparks
Thomas J. Lantz
Montgomery, Elsner & Pardieck, LL
308 2nd Street
P.O. Box 647
Seymour, IN 47274

*/s/Thomas S. Ehrhardt*
Thomas S. Ehrhardt

3

95361.47

STATE OF INDIANA                          IN THE JACKSON SUPERIOR COURT

COUNTY OF JACKSON                         SITTING AT SEYMOUR

NICOLE A. BRANHAM AND
MATTHEW BRANHAM

      Plaintiffs,
vs.                                       CAUSE NO:  36D01-2012-CT-000075

LANDAN B. CONKLE,
STS LOGISTICS, INC., AND
STS TRANSIT, INC.
      Defendants.

## <u>MOTION FOR ADDITIONAL TIME TO PLEAD<br>OR OTHERWISE RESPOND</u>

Come now Defendants, Landan Conkle, STS Logistics, Inc. and STS Transit, Inc., by counsel, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC, and respectfully requests an additional thirty (30) days within which to answer or otherwise respond to the Plaintiffs' Complaint.

Respectfully submitted,

KOPKA PINKUS DOLIN PC

/s/Thomas S. Ehrhardt
Thomas S. Ehrhardt, (#18621-45)

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:    (219) 794-1888
Fax:    (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of December, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Susan Sparks
Thomas J. Lantz
Montgomery, Elsner & Pardieck, LL
308 2nd Street
P.O. Box 647
Seymour, IN 47274

*/s/Thomas S. Ehrhardt*
Thomas S. Ehrhardt

95361.48

| STATE OF INDIANA | IN THE JACKSON SUPERIOR COURT |
|---|---|
| COUNTY OF JACKSON | SITTING AT SEYMOUR |

NICOLE A. BRANHAM AND
MATTHEW BRANHAM

     Plaintiffs,
vs.

                             CAUSE NO:  36D01-2012-CT-000075

LANDAN B. CONKLE,
STS LOGISTICS, INC., AND
STS TRANSIT, INC.
      Defendants.

# O R D E R

Defendants, Landan B. Conkle, STS Logistics, Inc. and STS Transit, Inc., file their

Motion For Additional Time to Plead or Otherwise Respond.  The Court, having reviewed the

Motion for Additional Time to Plead or Otherwise Respond hereby GRANTS same and

ORDERS that Defendants file their responsive pleading on or before January 27, 2021.

**SO ORDERED this _____ day of** Signed: 12/29/2020 12:40 PM **, 20____.**

_____
JUDGE, JACKSON SUPERIOR COURT

AmyMarie Travis

Distribution:
Thomas S. Ehrhardt
Susan Sparks/Thomas J. Lantz

Filed: 12/29/2020 3:01 PM
Judge, Superior Court 1
Jackson County, Indiana

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Landan B. Conkle**
**10025 Twp. Rd. 107**
**Findley, OH  45840**

9590 9402 6008 0069 3139 52

2. Article Number *(Transfer from service label)*

7019 1120 0001 0735 4386

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X LC C-19
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
                                        12/24/20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Filed: 12/30/2020 3:01 PM
Judge, Superior Court 1
Jackson County, Indiana

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STS Logistics, Inc.
c/o Stephen T. Smith, Resident Agent
13863 County Road 119
Upper Sandusky, OH 43351-0000

9590 9402 6008 0069 3139 45

2. Article Number (Transfer from service label)

7019 1120 0001 0735 4393

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Stephen Smith_    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Stephen Smith_    12-26-20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**STS Transit, Inc.**
**c/o Stephen T. Smith, Resident Agent**
**13863 County Road 119**
**Upper Sandusky, OH  43351-0000**

9590 9402 6008 0069 3139 38

2. Article Number (Transfer from service label)

7019 1120 0001 0735 4379

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Steve Smith_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Steve Smith_    _12-26-20_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt